UNITED STATES DISTRICT COURT for THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | : |
| | :     25-cr-00292 (EGS) |
| **v.** | : |
| | : |
| **JORDAN HOLLEY** | : |

<u>LINE ENTERING APPEARANCE</u>

Please enter the appearance of Nikki Lotze, and the law firm Lotze Mosley, LLP, for defendant Jordan Holley, in the above captioned matter.

Respectfully submitted,

___*Nikki Lotze*___
(Monica) Nikki Lotze Mosley
LOTZE MOSLEY, LLP
400 7th Street, NW
Suite 206
Washington, D.C. 20004
(202) 393-0535 office
NLotze@LotzeMosley.com